UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK DAVIS,<br><br>          Petitioner,<br><br>   v.<br><br>DHS, et al.,<br><br>          Respondents. | No.  2:18-cv-3218 DB P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (ECF No. 1).  Petitioner has paid the $5.00 filing fee.  However, petitioner has not filed the pleading on the appropriate form.  In addition, the forty-one-page document fails to clearly state petitioner's claims and the relief he seeks.  (See generally id.).

The court requires all petitions for writ of habeas corpus to be filed on the proper form which is provided by this court or to substantially follow the form.  See Rule 2(d), Rules Governing § 2254 Cases; see also Rule 1(b), Rules Governing § 2254 Cases (stating court may apply any and all Section 2254 rules to habeas petition not covered by Rule 1(a)).

Petitioner is hereby notified that in order for this court to review his application, he must refile his petition on the proper form.  The petition must contain a short and plain statement of the claims showing that petitioner is entitled to relief.  It must also contain a demand for the relief sought.  See Fed. R. Civ. P. 8(a)(2)-(3).  Furthermore, although petitioner may submit a separate

memorandum to support his petition for relief, the court's application form must contain all relevant claims, and must provide the court with all necessary information. See Rule 2(c), Rules Governing § 2254 Cases.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application for writ of habeas corpus (ECF No. 1) is DISMISSED with leave to amend within thirty days from the date of this order;

2. Any amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "First Amended Petition," and

3. The Clerk of the Court is directed to send petitioner the Section 2241 Habeas Corpus Petition Form to be Used by Prisoners in Actions Under 28 U.S.C. § 2241 or in Actions Challenging Removal Proceedings.

Dated: February 27, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.HABEAS/davi3218.115

2